HAMILTON PECK and another *against* SAMUEL INGER-SOLL and another.

*Landlord and tenant. Under-tenants may pay their rent to lessor, to protect their own possession.*

THIS action was brought to recover $600, claimed by the plaintiffs to be due to them for three quarters' rent of part of a store in New York, leased by them to the defendants. The defendants proved, in their defence, that the plaintiffs held the entire store under a lease to them, containing a clause authorizing their lessor to re-enter in case of non-payment of the rent reserved; that rents were in arrear on that lease, to an amount exceeding the $600 claimed by the plaintiffs, and that they had paid that amount to the plaintiffs' lessor, in part satisfaction of the rent due to such lessor, prior to the com-

mencement of this suit.   It did not appear that the chief landlord had demanded the rent or threatened to re-enter.

*Held*, that the payment was a good defence to the suit.

That the under tenants had a right to pay their rent to the chief landlord, to protect their own possession; and that such payment satisfied the rent due to their immediate landlord.

That it was not necessary for them to wait until a re-entry was made or threatened, or the rent demanded. That the under tenant might pay, whenever there existed in the chief landlord a legal right by which they *might* be damnified if the payment should be neglected.

(S C., 7 N. Y. 528.)